# HOROWITZ LAW, PLLC
## A CONSUMER ADVOCACY LAW FIRM

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

November 5, 2024

The Honorable Judge Robert Kirsch
United States District Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608

**Via ECF**

       ***Gaspa v. Hazel by Jenna, LLC***
       **Docket No. 3:24-cv-08943-RK-TJB**

Your Honor,

    We represent the Plaintiff, Veronica Gaspa, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Hazel by Jenna, LLC ("Hazel by Jenna").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against the Defendant Hazel by Jenna.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant Hazel by Jenna, and enter a Thirty (30) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

             Respectfully,

             /s/ *Uri Horowitz*
             Uri Horowitz

CC: *All Counsel of Record via ECF*